UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

SVEN K. LJAAMO,

Criminal No. 1:25-cr-10204-DJC

Defendant

**JOINT INITIAL STATUS REPORT AND REQUEST TO CANCEL HEARING**

Pursuant to Local Rule 116.5(a), the parties hereby file the following initial status report prepared in connection with the initial status conference scheduled for August 13, 2025.  Should the Court conclude that the report is sufficient, the parties request that the status conference be cancelled and that an interim conference be set in 60 days.

(1)     Automatic Discovery/Pending Discovery Requests

The Government has provided automatic discovery.  The documents produced include all statements by the defendant, including the defendant's written statement, two interviews of the defendant, and all other statements the defendant made to law enforcement in connection with this case, the defendant's prior record, including statements the defendant made to law enforcement in a previous matter, and search materials, including photographs and/or descriptions of relevant items found during any search.  The documents also included any exculpatory evidence the Government is aware of at this time.

When the Government made this production, the Government disclosed to the defense that Google had sent records of the defendant's email account to law enforcement, pursuant to a federal search warrant.  The Government has not yet produced these records because law enforcement has been unable to open the records due to the large size of the records.  Law enforcement is working with Google to obtain a physical copy of the records that can allow law enforcement both to open and to share the records.  The Government intends to produce to the defense the entirety of the records related to the defendant's Google account or to otherwise make them available to the defense.

The Government also intends to produce the extraction of one of the defendant's cell phones in the coming weeks.  The extraction was completed only recently due to the large

amount of data on the device.  The Government intends to produce to the defense the entirety of this phone extraction or to otherwise make it available to the defense.

(2)    Additional Discovery

The defense is reviewing discovery and assessing the need for further discovery.

(3)    Timing of Additional Discovery Requests

The defense is reviewing whether it will request additional discovery and will aim to make any such requests before the next status conference.

(4)    Protective Orders

At this time, the parties do not anticipate seeking any protective orders.

(5)    Pretrial Motions

The defense is reviewing the need for any pretrial motions. The government is continuing to review its files to determine what additional discovery, if any, it should produce at this stage, including discovery that may be broader than that required by the automatic discovery rules.

(6)    Expert Discovery

The parties have not determined what experts, if any, they may need to call at trial.

(7)    Speedy Trial Act

The Government requests that the time between August 13, 2025, and the next status date be excluded from the calculations of the Speedy Trial Act, in the interests of justice, to afford the parties additional time to review discovery materials, to evaluate the filing of pretrial motions, and to explore the potential disposition of the charges short of trial.

(8)    Next Status Conference

The parties request that a further status conference be scheduled for approximately 60 days in the future.

2

Respectfully submitted,

SVEN K. LJAAMO                         UNITED STATES OF AMERICA,

By his attorney,                       By its attorney,

DANIEL J. GAUDET                       LEAH B. FOLEY
                                       United States Attorney

/s/ Daniel J. Gaudet                   /s/ Sandra Gonzalez Sanchez
Daniel J. Gaudet, B.B.O. # 688120      Sandra Gonzalez Sanchez
Carney, Gaudet & Carney                Assistant United States Attorney
20 Park Plaza, Suite 614               John Joseph Moakley U.S. Courthouse
Boston, MA 02116                       One Courthouse Way, Suite 9200
                                       Boston, MA 02210

                                       617.748.3100

Dated: August 6, 2025


**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Sandra Gonzalez Sanchez
Sandra Gonzalez Sanchez
Assistant United States Attorney

Dated: August 6, 2025

3