UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    v.

SVEN K. LJAAMO,

        Defendant

Criminal No. 1:25-cr-10204-DJC

## JOINT INTERIM STATUS REPORT AND REQUEST TO CANCEL HEARING

Pursuant to Local Rule 116.5(a), the parties hereby file the following interim status report prepared in connection with the interim status conference scheduled for February 26, 2026. Should the Court conclude that the report is sufficient, the parties request that the status conference be cancelled and that an interim conference be set in 30 days.

(1)    Automatic Discovery/Pending Discovery Requests

As described in the parties' Initial Status Report, the government has provided automatic discovery. Further, the Google records described in the Initial Status Report and the electronic equipment extractions that have been reviewed by the government are now available to the defense. The government intends to make available to the defense the contents of any extractions of the defendant's devices upon completion of the Government's review of those extractions, and that review is ongoing.

(2)    Additional Discovery

The defense is reviewing discovery and assessing the need for further discovery.

(3)    Timing of Additional Discovery Requests

The defense is reviewing whether it will request additional discovery.

(4)    Protective Orders

At this time, the parties do not anticipate seeking any protective orders.

(5)    <u>Pretrial Motions</u>

The defense is reviewing the need for any pretrial motions. The government is continuing to review its files to determine what additional discovery, if any, it should produce at this stage, including discovery that may be broader than that required by the automatic discovery rules.

(6)    <u>Expert Discovery</u>

The parties have not determined what experts, if any, they may need to call at trial.

(7)    <u>Speedy Trial Act</u>

The parties are discussing a potential resolution for this matter.  The parties request that the time between February 26, 2026, and the next status date be excluded from the calculations of the Speedy Trial Act, in the interests of justice, to afford the parties additional time to review discovery materials, to evaluate the filing of pretrial motions, and to explore the potential disposition of the charges short of trial.

(8)    <u>Next Status Conference</u>

The parties request that a further status conference be scheduled for approximately 30 days in the future.

Respectfully submitted,

SVEN K. LJAAMO                                  UNITED STATES OF AMERICA,

By his attorney,                                        By its attorney,

DANIEL J. GAUDET                             LEAH B. FOLEY
                                                              United States Attorney


*/s/ Daniel J. Gaudet*                             */s/ Sandra Gonzalez Sanchez*
Daniel J. Gaudet, B.B.O. # 688120        Sandra Gonzalez Sanchez
Carney, Gaudet & Carney                      Assistant United States Attorney
20 Park Plaza, Suite 614                        John Joseph Moakley U.S. Courthouse
Boston, MA 02116                                 One Courthouse Way, Suite 9200
                                                              Boston, MA 02210




Dated: February 19, 2026




## CERTIFICATE OF SERVICE

Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Sandra Gonzalez Sanchez*
Sandra Gonzalez Sanchez
Assistant United States Attorney

Dated: February 19, 2026

3